

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-19-00013-CV

**IN THE INTEREST OF C.W.L., G.L.L, L.R. III., AND A.R., CHILDREN**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

# O R D E R

On January 7, 2019, appellant filed a notice of appeal appealing the trial court's order terminating parental rights signed on March 1, 2017. Appellant's notice of appeal is untimely. *See* TEX. R. APP. P. 26.1(b) (providing that the notice of appeal in an accelerated appeal is due within twenty days of the signing of the judgment), 28.4(a) (providing that appeals in parental termination cases are accelerated). Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997) (holding that once extension period has passed, a party can no longer invoke an appellate court's jurisdiction).

In addition, the March 1, 2017 order appellant seeks to appeal was the subject of an appeal in this court assigned cause number 04-17-00144-CV. On August 30, 2017, this court issued a memorandum opinion affirming the trial court's March 1, 2017 order terminating appellant's rights to his minor children. *See In re L.R., III*, No. 04-17-00144-CV, 2017 WL 3722029, at *1 (Tex. App.—San Antonio Aug. 30, 2017, no pet.) (mem. op.). The mandate issued on January 18, 2018. Our plenary power over this appeal has expired, and we no longer have jurisdiction to consider appellant's complaints in relation to the March 1, 2017 order. *See* TEX. R. APP. P. 19.1, 19.3.

Accordingly, it is ORDERED that appellant show cause in writing within 20 days from the date this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court